Commonwealth ex rel. Kyriss, Appellant,
*v.* Kyriss.

Argued December 8, 1975. *John A. VanLuvanee*, with him *William H. Eastburn, III*, and *Eastburn and Gray*, for appellant; *R. Barry McAndrews*, with him *Connolly, McAndrews, Kihm and Stevens*, for appellee.

Order affirmed.